1  GRAHAM & MARTIN, LLP
   Anthony G. Graham (State Bar No.148682)
2  Michael J. Martin (State Bar No. 171757)
3  950 South Coast Drive, Suite 220
   Costa Mesa, California 92626
4  (714) 850-9390

5  Attorneys for Plaintiffs
6  NANCY M. HUTSON
   AND HAROLD HUTSON

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

| NANCY M. HUTSON AND HAROLD HUTSON, | CASE NO. CV 09 3238 PJH |
|---|---|
| Plaintiffs, | PLAINTIFFS NANCY M. HUTSON AND HAROLD HUTSON'S REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS GLENN DAVID GUILLORY, INDIVIDUALLY AND AS DBA INTEGRITY INVESTMENT GROUP, LLC; INTEGRITY INVESTMENT GROUP, LLC; JEFFREY FIGONE PROPERTIES, LLC AND BALDINI PROPERTIES, LLC |
| vs. | |
| AMERICAN HOME MORTGAGE SERVICING, INC.; GLENN DAVID GUILLORY, INDIVIDUALLY AND AS DBA INTEGRITY INVESTMENT GROUP, LLC; INTEGRITY INVESTMENT GROUP, LLC; JEFFREY FIGONE PROPERTIES, LLC AND BALDINI PROPERTIES, LLC AND DOES 1-10, | |
| | Dept. Courtroom 3, Fl. 3 |
| | Judge: Hon. Phyllis J. Hamilton |
| | Complaint filed: June 8, 2009 |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs NANCY M. HUTSON AND HAROLD HUTSON hereby request the court dismiss with prejudice only Defendants GLENN DAVID GUILLORY, INDIVIDUALLY AND AS DBA INTEGRITY INVESTMENT GROUP, LLC; INTEGRITY INVESTMENT GROUP,

///

1  LLC; JEFFREY FIGONE PROPERTIES, LLC AND BALDINI PROPERTIES, LLC.

3  DATED: October 15, 2009

By _____
Anthony G. Graham, Attorneys for
PLAINTIFFS NANCY M. HUTSON AND
HAROLD HUTSON



10/19/09

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this case. I am a resident of or employed in the county where the mailing occurred. My business address is 950 South Coast Drive, Suite 220, Costa Mesa, California 92626.

I SERVED THE FOLLOWING:

1.) Request for Dismissal of Certain Defendants.

by enclosing a true copy of the same in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid:

Date of Mailing: October 15, 2009
Place of Mailing: Costa Mesa, California

NAME AND ADDRESS OF EACH PERSON TO WHOM DOCUMENTS WERE MAILED:

Counsel for Defendants:

Michael Steiner
Severson Et Al
1 Embarcadero Ctr
San Francisco, CA 94111
Phone Number: (415) 398-3344
Fax Number:(415) 398-3300
E-mail: mjs@severson.com

Mark Romeo
Law Ofc Mark J Romeo
130 Sutter St 7FL
San Francisco, CA 94104
Phone Number (415) 395-9315
Fax Number (415) 395-9318
E-mail: mjresq@hotmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 15, 2009