GRAHAM & MARTIN, LLP
Anthony G. Graham (State Bar No.148682)
Michael J. Martin (State Bar No. 171757)
950 South Coast Drive, Suite 220
Costa Mesa, California 92626
(714) 850-9390

Attorneys for Plaintiffs
NANCY M. HUTSON
AND HAROLD HUTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY M. HUTSON AND HAROLD HUTSON,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.; GLENN DAVID GUILLORY, INDIVIDUALLY AND AS DBA INTEGRITY INVESTMENT GROUP, LLC; INTEGRITY INVESTMENT GROUP, LLC; JEFFREY FIGONE PROPERTIES, LLC AND BALDINI PROPERTIES, LLC AND DOES 1-10,<br><br>Defendants. | CASE NO. CV 09 3238 PJH<br><br>[~~PROPOSED~~] ORDER DISMISSING WITHOUT PREJUDICE ENTIRE ACTION AND ALL REMAINING DEFENDANTS<br><br>Dept. Courtroom 3, Fl. 3<br>Judge: Hon. Phyllis J. Hamilton<br>Complaint filed: June 8, 2009 |

The Court having reviewed Plaintiff NANCY M. HUTSON AND HAROLD HUTSON's Request for Dismissal without prejudice of entire action and all remaining defendants,

IT IS SO ORDERED.

DATED: November 30, 2009

By _____
Hon. Phyllis J. Hamilton

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

PRINTED ON RECYCLED PAPER

1